No. 89–1207.  PMI PETROLEUM MARKETERS, INC., ET AL. *v.* GETTY PETROLEUM CORP.  C. A. 2d Cir.  Certiorari denied.

No. 89–1208.  LOCAL 530 OF OPERATIVE PLASTERERS & CEMENT MASONS INTERNATIONAL ASSN. *v.* DRYWALL TAPERS & POINTERS OF GREATER NEW YORK, LOCAL 1974.  C. A. 2d Cir. Certiorari denied.

No. 89–1210.  HARDUVEL ET AL. *v.* GENERAL DYNAMICS CORP.  C. A. 11th Cir.  Certiorari denied.

No. 89–1211.  COGSWELL *v.* COLORADO.  Sup. Ct. Colo.  Certiorari denied.

No. 89–1213.  CINEMA BLUE OF CHARLOTTE, INC., ET AL. *v.* GILCHRIST, DISTRICT ATTORNEY OF THE 26TH PROSECUTORIAL DISTRICT, NORTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.

No. 89–1214.  ORTHOKINETICS, INC., ET AL. *v.* PENOX TECHNOLOGIES, INC., ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 89–1222.  AHKTAR, DBA CIRCLE MOBIL *v.* BIRD OIL CO. C. A. 4th Cir.  Certiorari denied.

No. 89–1224.  YOUNGBERG, DBA MAKI *v.* UNITED STATES. C. A. Fed. Cir.  Certiorari denied.

No. 89–1227.  CSXT, INC. *v.* PITZ, DIRECTOR, DEPARTMENT OF TRANSPORTATION OF MICHIGAN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 89–1229.  JASSO *v.* FINNEY.  Sup. Ct. Alaska.  Certiorari denied.

No. 89–1231.  FAN *v.* MINNESOTA.  Ct. App. Minn.  Certiorari denied.

No. 89–1235.  LANDER ET UX. *v.* ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 89–1236.  BOARD OF COUNTY COMMISSIONERS, LAWRENCE COUNTY, OHIO *v.* L. ROBERT KIMBALL & ASSOCIATES.  C. A. 6th Cir.  Certiorari denied.